155 So. 921

**Albert LOONEY v. STATE.**
8 Div. 939.

Court of Appeals of Alabama.
June 5, 1934.

W. H. Long, of Decatur, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.

151 So. 925

**LOUIS PIZITZ DRY GOODS CO. v. NATION-AL SURETY CO.**
6 Div. 418.

Court of Appeals of Alabama.
Dec. 1, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

155 So. 921

**James LOVE v. STATE.**
8 Div. 921.

Court of Appeals of Alabama.
May 22, 1934.

SAMFORD, Judge.
Appeal dismissed.

159 So. 918

**Harry LOVEDAY v. STATE.**
8 Div. 13.

Court of Appeals of Alabama.
Feb. 19, 1935.

RICE, Judge.
Affirmed.

159 So. 893

**Jasper LOWE v. STATE.**
3 Div. 755.

Court of Appeals of Alabama.
Jan. 15, 1935.

SAMFORD, Judge.
Affirmed.

160 So. 921

**T. B. LOWE v. STATE.**
4 Div. 93.

Court of Appeals of Alabama.
April 2, 1935.

RICE, Judge.
Appeal dismissed.

155 So. 922

**Dewey LOWERY v. STATE.**
7 Div. 70.

Court of Appeals of Alabama.
June 5, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

155 So. 922

**J. G. LOWERY et al. v. Glady MILLER.**
6 Div. 66.

Court of Appeals of Alabama.
June 5, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.